STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. HENRY THOMAS, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. John G. Thevos* and *Mr. Archibald Kreiger* for the respondent.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ISIDOR K. EISENBERG, DEFENDANT-PETITIONER.

*Mr. Isidor K. Eisenberg in propria persona.*

*Messrs. Kein, Scotch, Pollatschek, Iacopino & Kein* for the respondent.

December 10, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM T. MITCHELL, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness, Mr. Richard Newman* and *Mrs. Susan F. Sinins* for the petitioner.

*Mr. Vincent P. Keuper* for the respondent.

December 10, 1968. Denied.